## 16999.  HOLCOMB *v.* LANG *et al.*

LUKE, J.  It having been made to appear to the court that the issues raised by the bill of exceptions in this case have been settled in full by the parties hereto, and therefore that the question raised is now moot, the writ of error is dismissed.

*Writ of error dismissed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 12, 1926.

Complaint; from city court of Floyd county—Judge Bale. November 14, 1925.

*Porter & Mebane,* for plaintiff in error.

*J. H. Paschall, J. M. Lang,* contra.

---

Appeal and Error, 4 C. J. p. 579, n. 12.